IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVIN M. MANSFIELD, SANDRA K. MANSFIELD,<br><br>               Plaintiffs,<br><br>     vs.<br><br>FEDERAL LAND BANK OF OMAHA, FARM CREDIT BANK OF OMAHA, AGRIBANK, FCB, a federally chartered corporation et al.<br><br>               Defendants. | 4:14CV3233<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on attorneys Amanda Vogel and David P. Shaw's unopposed motion to withdraw as counsel of record for the Plaintiffs. (Filing No. 14).

      Now, being fully advised in the premises,

      IT IS ORDERED:

1)     The motion to withdraw filed by Amanda Vogel and David P. Broderick, as counsel of record for Plaintiffs Calvin M. Mansfield and Sandra K. Mansfield, (filing no. 14), is granted.

2)     On or before January 20, 2015, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3)     Attorneys Amanda Vogel and David P. Broderick shall promptly mail a copy of this order to Plaintiffs, and file a certificate of service stating the date and the manner of service, and the name and address served.

      Dated this 23rd day of December, 2014

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge